UNITED STATES of America,
Plaintiff–Appellee,

v.

Cameran Arnold FLANAGAN,
Defendant–Appellant.

No. 15-50864
Summary Calendar

United States Court of Appeals,
Fifth Circuit.

FILED May 5, 2017
REVISED May 8, 2017

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Cameran Arnold Flanagan, Pro se.

Before JONES, SMITH, and DENNIS, Circuit Judges.

PER CURIAM:*

IT IS ORDERED that appellee's motion to reform the judgment dated August 20, 2015, by adding that the reduction in sen-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

**818**

tence under 18 U.S.C. § 3582 also applies to reducing count 2 to 110 months, is GRANTED.

IT IS FURTHER ORDERED that appellee's motion to affirm the judgment as modified is GRANTED.

IT IS FURTHER ORDERED that appellee's alternative motion for an extension to file its brief is DENIED as unnecessary.

published and is not precedent except under the limited circumstances set forth in 5TH